# ELECTRONIC RECORD

COA #  01-13-00851-CR          OFFENSE: DWI

STYLE:  Erik Santana Guanche v. The State of Texas          COUNTY: Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: Co Crim Ct at Law No 7

DATE: 12/16/2014          Publish: NO    TC CASE #:    1869024

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Erik Santana Guanche v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: _____04/29/2015_____

JUDGE: _____Per Curiam_____

CCA #: ___190-15___

CCA Disposition: _____

DATE:          _____

JUDGE:          _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**